UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| LONNIE HENDERSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TANNER MCVAY; DOES 1-10; BLACK AND WHITE COMPANIES; PARTNERSHIPS A & B, inclusive,<br><br>　　　　　Defendant. | Case No. 3:22-cv-00525-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, LONNIE HENDERSON, ("Henderson") and Defendant, TANNER MCVAY, ("McVay") through their respective attorneys of record, that Henderson's claims against McVay be dismissed in their entirety with prejudice and each party will bear their own attorneys' fees. The Clerk of the above-entitled Court is hereby directed to refund the parties any and all first day jury deposits paid by said party.

///
///
///
///
///
///

IT IS RESPECTFULLY SUBMITTED, AGREED, AND STIPULATED.

Dated: March __, 2023

THE LAW FIRM OF HERB SANTOS, JR.

By:_____
HERB SANTOS, JR., ESQ.
Nevada Bar No. 4376
225 South Arlington Avenue, Suite C
Reno, NV 89501

*Attorneys for Plaintiff,*
LONNIE HENDERSON

Dated: March __, 2023

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:_____
MICHAEL A. PINTAR, ESQ.
Nevada Bar No. 3789
201 W. Liberty St., Ste. 320,
Reno, NV 89501

*Attorneys for Defendant,*
TANNER MCVAY

038028-000006 8998837.1

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS ORDERED that this action be dismissed with prejudice and each party shall bear their own attorneys' fees.

IT IS FURTHER ORDERED that the Clerk of the Court enter final judgment accordingly, dismiss the action, and close the case.

IT IS SO ORDERED.

DATED this 7th day of July, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
201 W. LIBERTY STREET, SUITE 320
RENO, NV 89501

2

Case No. 3:22-cv-00525-LRH-CLB
STIPULATION TO DISMISS WITH PREJUDICE